## LIDECKER TOOL CO. v. COGHILL, *Constable.*

No. 2848.   Opinion Filed December 3, 1912.

(128 Pac. 680.)

**APPEAL AND ERROR—Case-Made—Extension of Time—Special Judge —Judge Pro Tem.** A special judge, or a judge pro tempore, has no power, after he ceases to sit as a judge, to extend the time for making and serving a case-made; and, where he attempts to do so, his act is a nullity.

(Syllabus by the Court.)

*Error from Rogers County Court;*
*John Q. Adams, Judge pro tem.*

Action by the Lidecker Tool Company against J. W. Coghill, Constable.   Judgment for defendant, and plaintiff brings error. Dismissed.

*J. W. Swarts,* for plaintiff in error.

*Ezzard & Holtzendorff,* for defendant in error.

WILLIAMS, J.   On January 11, 1911, the motion for a new trial was overruled by John Q. Adams, the judge *pro tempore,* who tried the cause in the lower court.   At that time the plaintiff

in error (plaintiff below) was granted an extension of 60 days in which to prepare and serve a case-made. On March 3, 1911, the said John Q. Adams, as judge *pro tempore*, again extended the time for 60 days in which to prepare and serve a case-made. The case-made was served on May 8, 1911, and settled by the said John Q. Adams, the special judge, on May 22, 1911.

It is settled that a special judge, or judge *pro tempore*, after he has ceased to sit as a judge, has no power to extend the time to serve a case-made, and "where he attempts to do so his act is a nullity." *Murphey v. Favors*, 31 Okla. 162, 120 Pac. 641; *Casner v. Wooley*, 28 Okla. 424, 114 Pac. 700; *Horner v. Goltry & Sons*, 23 Okla. 905, 101 Pac. 1111; *City of Shawnee v. Farrell*, 22 Okla. 652, 98 Pac. 942.

The proceeding in error is therefore dismissed.

All the Justices concur.